| ATTORNEY OR PARTY WITHOUT ATTORNEY: FAYTHE GUTIERREZ<br>PROPERTY LITIGATION GROUP, PLLC<br>2750 SW 145TH AVE<br>SUITE 509<br>MIRAMAR, FL 33027<br>TELEPHONE NO.: (786) 703-8810<br>ATTORNEY FOR: | ***FOR COURT USE ONLY*** |
|---|---|
| **DISTRICT COURT OF CALIFORNIA, COUNTY OF CENTRAL**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF: ANITA RIVERA, individually and on behalf of all others similarly situated,<br>DEFENDANT: DSN HOLDINGS 6001 GP, INC., | CASE NUMBER:<br>5:26-CV-02525-SP |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

1. I am over 18 years of age and not a party to this action.

2. Received by Caplan, Caplan and Caplan on 5/26/2026 at 3:44 pm to be served on **DSN HOLDINGS 6001 GP., INC. BY SERVING ITS REGISTERED AGENT: SCOTT M. PRICE, 315 E. ROBINSON ST, STE 600, ORLAND, FL 32801.**

3. **SERVED** the within named corporation be delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, CLASS ACTION COMPLAINT, and EXHIBIT "A"** at the address of **315 E. ROBINSON ST, STE 600, ORLAND, FL 32801** with the date and hour endorsed thereon by me to **EMILY BAUTISTA** as an employee of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081(3)(a).

4. Date and Time of service: 5/28/2026 at 2:55 pm

5. Description: Age: 28, Sex: F, Race/Skin Color: HISP, Height: 5'2, Weight: 130, Hair: BROWN, Glasses: y

6. I am

7. My name, address, telephone number, and, if applicable, county of registration and number are:
   Name: BROCK JANSEN
   Firm: Caplan, Caplan and Caplan
   Address: 351 SW 136TH AVE, Suite #207, Davie, FL 33325
   Telephone number: (954) 462-1800
   Registration Number: 360
   County: ORANGE COUNTY

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/29/2026

BROCK JANSEN
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Anita Rivera, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

Dsn Holdings 6001 Gp, Inc.

*Defendant(s)*

Civil Action No. 5:26-cv-02525-SP

10

## SUMMONS IN A CIVIL ACTION

DELIVERED 05/28/2026 02:55 PM
SERVER BJ
LICENSE 360

To: *(Defendant's name and address)* Dsn Holdings 6001 Gp, Inc.
c/o Registered Agent: Scott M Price
~~206-21346 St. Andrews Blvd
Boca Raton, FL, 33433~~
315 E Robinson St.
Suite 600
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FAYTHE GUTIERREZ, ESQ. (310430)
PLG DAMAGE ATTORNEYS
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
SERVICE@PLGDAMAGE.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/21/2026

*Signature of Clerk or Deputy Clerk*

DO NOT E-FILE

CFL

20117